# United States District Court

for the
**Western District of New York**

*[Stamp: UNITED STATES DISTRICT COURT — FILED — MAR 12 2025 — MARY C. LOEWENGUTH, CLERK — WESTERN DISTRICT OF NY]*

**United States of America**

v.

**DAVID JOSE GOMEZ CEGARRA and
JESUS SEGUNDO HERNANDEZ-GIL**

Case No. 25-mj- 5055

*Defendant*

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 5, 2024, in the Western District of New York and elsewhere, the defendants, **DAVID JOSE GOMEZ CEGARRA** and **JESUS SEGUNDO HERNANDEZ-GIL**, knowingly violated and conspired to violate 18 U.S.C. §§ 371 and 2113(b), offense described as follows:

Both defendants did take and carry away with intent to steal and purloin money in excess of $1,000 belonging to and in the care, custody, control, management and possession of any bank, credit union, and savings and loan association, in violation of Title 18, United States Code, Sections 371 and 2113(b).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Keith E. Bender*

*Complainant's signature*

KEITH BENDER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

*Printed name and title*

Sworn to before me and signed telephonically.

Date: March 12, 2025

*Michael J. Roemer*

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

City and State: Buffalo, New York

# AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

I, Keith E. Bender, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging **DAVID JOSE GOMEZ CEGARRA ("GOMEZ-CEGARRA"), and JESUS SEGUNDO HERNANDEZ-GIL ("HERNANDEZ-GIL")** with violating 18 U.S.C. §§ 371 and 2113(b) (conspiracy to commit bank theft and bank theft).

2. I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation ("FBI"), and I am empowered by law to investigate and make arrests for offenses enumerated in Title 18, including 18 U.S.C. § 2113. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7). I have been employed as a Special Agent of the FBI since 2009 and am currently assigned to the Buffalo Field Office, Safe Streets Task Force ("SSTF"). While employed by the FBI, I have investigated federal criminal violations related to Violent Street Gangs, firearms trafficking, narcotics trafficking, robberies, Organized Crime, and Terrorism. I

have gained experience through training by the FBI and the investigations in which I have personally participated.

3. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that **GOMEZ-CEGARRA, HERNANDEZ-GIL,** and other individuals, have conspired to commit bank theft and have committed bank theft, in violation of 18 U.S.C. §§ 371 and 2113(b).

4. I base this affidavit on my experience and on information I have personally reviewed and obtained as one of the primary case agents on this investigation, and based on information I have received from others, both in person and in documentary form. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause for the complaint.

### THE CONSPIRACY

5. In October 2024, I became aware of a report that on October 5, 2024, Radius Federal Credit Union, a financial institution in the Western District of New York had been the victim of an automated teller machine ("ATM") scheme known as "ATM Jackpotting." ATM Jackpotting involves removing an ATM's cover and infecting the ATM's hard drive with malware or removing the hard drive and replacing it with an infected hard drive, which

allows the operator to assume control of the ATM and cause it to dispense currency. After the October 5th incident, the case team identified multiple other instances of ATM Jackpotting and attempted ATM Jackpotting events in the Northern District of New York, the District of Massachusetts, and the Southern District of Illinois that appear to have been committed by the same individuals.

6. During the ATM Jackpotting events at issue here, the participants of the scheme worked as teams and utilized at least two vehicles per event. The first team would approach an ATM, use a key to access the inside of the ATM, and install either software or new hardware to control the device. The second team would then arrive after the first team left and begin conducting transactions at the ATM. Video surveillance indicates that after the ATM was infected by the first team, an individual from the second team would manipulate the screen of the ATM, entering fraudulent information at the direction of another individual who was present telephonically, and the ATM would dispense currency in response to these inputs. Bank records reflect that the ATM dispensed money, but each dispensed transaction was untethered to any account. Accordingly, it was directly stolen from the bank itself.

7. I have confirmed that the ATMs and the currency within the subject ATMs described below were property of the respective banks and located on the respective bank's grounds. During each ATM Jackpotting event, the coconspirators stole thousands of dollars of currency over several hours.

8. Between October and November 2024, **GOMEZ-CEGARRA, HERNANDEZ-GIL,** and other individuals known and unknown participated in the above-mentioned ATM Jackpotting scheme in the Western District of New York, the Northern District of New York, the District of Massachusetts, and the Southern District of Illinois. As noted below, **GOMEZ-CEGARRA** and **HERNANDEZ-GIL** entered the scheme and participated in several ATM Jackpotting events with a group of individuals traveling within the United States of America in search of vulnerable ATMs.

9. Specifically, as described in more detail below, **GOMEZ-CEGARRA, HERNANDEZ-GIL,** and their coconspirators successfully completed an ATM Jackpotting scheme at a Radius Federal Credit Union in Kenmore, New York, on October 5, 2024; at St. Mary's Federal Credit Union in Framingham, Massachusetts, on October 6, 2024; at First National Bank of Dryden in Dryden, New York, on October 17, 2024; and at two (2) Community First Bank locations in Mount Vernon, Illinois, on November 11, 2024.

## THE FINANCIAL INSTITUTIONS

10. Radius Federal Credit Union is a "credit union" as defined in 18 U.S.C. § 2113(g). Per its website, Radius Federal Credit Union deposits are insured by the National Credit Union Administration ("NCUA").

11.     St. Mary's Federal Credit Union is a "credit union" as defined in 18 U.S.C. § 2113(g). Per its website, St. Mary's Federal Credit Union deposits are insured by the NCUA.

12.     First National Bank of Dryden is a "bank" as defined in 18 U.S.C. § 2113(f). Per its website, First National Bank of Dryden deposits are insured by the Federal Deposit Insurance Corporation ("FDIC").

13.     Community First Bank is a "bank" as defined in 18 U.S.C. § 2113(f). Per its website, Community First Bank deposits are insured by the FDIC.

## BANK THEFT ON OCTOBER 5, 2024 AT RADIUS FEDERAL CREDIT UNION ATM, KENMORE, NEW YORK

14.     Video surveillance indicates that, on October 5, 2024, at approximately 3:18 PM, a beige/silver Toyota Corolla bearing a temporary New Jersey license plate ("SV1") approached the drive-up ATM at Radius Federal Credit Union at 2853 Delaware Ave. Kenmore, NY. Once **SV1** was near the ATM, Co-conspirator #1 ("C1") exited the vehicle and accessed the ATM housing utilizing a common key that is specific to the manufacturer of the ATM. This key provides access to the mechanical and computer hardware portions of the ATM, it does not access the portion of the ATM where the currency is stored. Video surveillance showed that **C1** appeared to be ensuring that the key would open the ATM. **SV1** then drove away from the ATM.

15.     At approximately 4:05 PM, a white Chrysler Pacifica with a Pennsylvania license plate ("**SV2**") pulled into the drive-up ATM at Radius Federal Credit Union. **GOMEZ-CEGARRA** was driving **SV2,** and **C1** exited the rear driver-side door of **SV2,** opened the ATM utilizing a key, appeared to install something in the ATM, pressed buttons, and closed the ATM. **SV2** departed the ATM at 4:07 PM.

16.     At 5:29 PM, **SV2** again pulled up to the ATM before departing at 5:35 PM. The video surveillance does not show what specific actions were taken by individuals occupying **SV2** in this instance. Your affiant believes that the occupants of **SV2** were observing the screen of the ATM in this instance.

17.     At 5:50 PM, **GOMEZ-CEGARRA** drove **SV2** up to the ATM. **C1** exited the rear driver side door of **SV2**, utilized a key to open the ATM, inspected the inside of the ATM, and appeared to install something in the ATM. **C1** then opened and closed the ATM a few times before departing in **SV2** at 5:54 PM.

18.     At 6:14 PM, Co-conspirator #2 (**"C2"**) drove **SV2** to the ATM. **C2** exited the vehicle and took multiple photos of the ATM screen with a cellular phone. **GOMEZ-CEGARRA** was in the rear driver's side seat during this time. **SV2** departed the ATM at 6:19 PM.

19. Between 6:22 PM and 7:35 PM, **C2** drove **SV2** to the ATM multiple times. Each time, **GOMEZ-CEGARRA,** who was in the rear driver's side seat, conducted ATM transactions, through the driver's side open rear window while on a cellular telephone, collected dispensed currency from the ATM, and then handed the currency to **C2**, who placed the currency into what appeared to be a white pillowcase style bag. **SV2** ultimately departed the ATM for the final time at 7:35 PM.

20. At 7:42 PM **SV1** drove up to the ATM, **GOMEZ-CEGARRA**, seated in the rear driver-side seat, took pictures of the ATM screen, interacted with the ATM by pressing buttons, and departed the ATM at 8:04 PM.

21. At 8:12 PM, **SV2** drove up to the ATM, an individual, wearing grey stonewashed jeans, a dark colored Los Angeles Lakers hooded sweatshirt, and dark high-top sneakers, believed to be **HERNANDEZ-GIL**, exited the rear driver's door, opened the ATM utilizing a key, removed a device from the ATM, locked the ATM, returned to **SV2**, and departed the ATM at 8:15 PM.

22. At 8:18 PM **GOMEZ-CEGARRA** walked up to the ATM, took a picture of the screen and departed the ATM.

23. Radius Federal Credit Union reported that $110,440.00 USD was stolen from the ATM during this ATM Jackpotting event.

24.     At 10:33 PM on October 6, 2024, a white Chrysler Pacifica, believed to be **SV2** (*i.e.* the same vehicle from the October 5, 2024, ATM Jackpotting incident in Kenmore, NY), driven by **HERNANDEZ-GIL**, pulled up to the ATM located at the St. Mary's Federal Credit Union at 1255 Old Worcester Rd, Framingham, MA 01701. **C1**, wearing a dark colored Los Angeles Lakers hooded sweatshirt, exited **SV2**, approached the ATM, and unsuccessfully attempted to access the interior of the ATM. **C1** re-entered **SV2** and **SV2** departed the ATM at 10:34 PM.

25.     At 10:37 PM, **SV2**, still driven by **HERNANDEZ-GIL**, returned to the ATM. **C1** exited **SV2**, approached the ATM, and attempted to access the ATM while talking on a cellular telephone. After one minute of unsuccessful attempts, **C1** returned to **SV2** and **SV2** departed the ATM.

26.     At 10:59 PM, **SV2**, driven by **HERNANDEZ-GIL,** returned to the ATM. **C1** exited the vehicle, approached the ATM, and again attempted to access the ATM. On this occasion, **C1** was able to access the interior of the ATM. At 11:00 PM, **C1** returned to **SV2** and **SV2** departed the ATM.

27.     At 11:17 PM, **SV2** returned to the ATM, **C1** exited the vehicle, approached the ATM, and again attempted to access the ATM. During this occasion, **C1** intermittently

wore sunglasses, presumably to further obscure **C1's** identity. At 11:19 PM, **C1** returned to **SV2** and **SV2** departed the ATM.

28.    At 11:21 PM, **SV2**, driven by **HERNANDEZ-GIL**, returned to the ATM. **C1** exited the vehicle, approached the ATM, and successfully accessed the ATM. At 11:22 PM, **C1** returned to **SV2** and **SV2** departed the ATM.

29.    At 11:25 PM, **SV2**, driven by **HERNANDEZ- GIL**, returned to the ATM. **C1** remained in the rear driver side seat of **SV2** with the vehicle's window down. **C1** was engaged in a cellular phone conversation while pointing the phone's camera in the direction of the ATM. At 11:26 PM, **SV2** departed the ATM.

30.    At 11:34 a beige/silver Toyota Corolla, believed to be **SV1** (*i.e.*, the same vehicle from the October 5, 2024 ATM Jackpotting incident in Kenmore, NY), pulled up to the ATM. **GOMEZ-CEGARRA** was seated in the rear driver side seat. **GOMEZ-CEGARRA** had the window down and was engaged in a conversation on a cellular telephone while pointing the phone's camera at the ATM. **GOMEZ-CEGARRA** pushed buttons on the ATM screen before re-entering **SV1**, which departed the ATM at 11:35 PM.

31.    While the video did not capture any of the depicted subjects handling currency, St. Mary's Federal Credit Union reported that an audit of the ATM's transaction log corresponding to these events and a count of the currency remaining in

the ATM, demonstrated that approximately $60,000.00 USD was stolen from the ATM during this ATM Jackpotting event.

### BANK THEFT ON OCTOBER 17, 2024, AT
### FIRST NATIONAL BANK OF DRYDEN ATM, DRYDEN, NY

32.     Video surveillance showed that on October 16, 2024, at approximately 11:27 PM, a White Kia Forte ("**SV3**") drove up to the ATM at First National Bank of Dryden, located at 120 North St., Dryden NY.  At this time, **HERNANDEZ-GIL** and co-conspirator #5 ("C5") got out of the vehicle, walked up to the ATM, and then got back in the vehicle and left at 11:29 PM. **HERNANDEZ-GIL** was wearing all black with a hat and C5 is described as wearing all white with a hat.

33.     At 11:30 PM, **SV3** drove back up to the ATM, at which point **HERNANDEZ-GIL** and C5 exited the vehicle, walked up and opened the ATM using a key. Approximately a minute later, **HERNANDEZ-GIL** and C5 close the ATM, return to **SV3**, and depart the location.

34.     At 11:56 PM, **SV3** went back to the ATM drive-thru and **HERNANDEZ-GIL** and C5 opened the ATM a second time, closed it, then left.

35.     On October 17, 2024, at 12:15 AM, a Silver Jeep Grand Cherokee ("**SV4**") drives up to the ATM and co-conspirator #3 ("**C3**"), an unknown female with a blonde

10

ponytail wearing a light-colored hat and dark colored clothes, gets out of the vehicle and looks at the ATM. **C3** then re-entered **SV4** and left.

36.     At 12:18 AM on October 17, 2024, **SV3** returned to the ATM drive thru. **HERNANDEZ-GIL** and C5 opened the ATM and tampered with it before closing the ATM and leaving.

37.     At 12:25 AM on October 17, 2024, **SV4** returned to and parked at the ATM, with **C3** remaining in the driver seat of the vehicle until 1:04 AM.  While **SV4** was parked at the ATM, **C3** appeared to be removing money from the ATM.

38.     At 1:33AM, a white Chrysler Pacifica appearing to be **SV2**, pulled up to the ATM and C5 exited from the passenger side. C5 opened the ATM and reached in to tamper with it. C5 then re-entered the Chrysler and left at 2:04 AM.

39.     The First National Bank of Dryden in Homer reported that on October 17, 2024, at approximately 2:30AM, **SV3** drove through the bank's ATM and took pictures of it.

40.     Prior to October 17, 2024, The First National Bank of Groton, located in Groton, NY, had similarly reported that a white Chrysler Pacifica drove up to that bank's ATM, took a picture of it, and drove away. The White Chrysler was bearing NY-

REG CH63716. Local law enforcement reviewed the video surveillance footage from both the First National Bank of Dryden, and the First National Bank of Groton, and identified the white Chrysler from both the Dryden and Groton incidents as **SV2**.

41.     First National Bank of Dryden reported that $21,600.00 USD was stolen from the ATM during this ATM Jackpotting event.

## BANK THEFTS ON NOVEMBER 11, 2024, AT TWO COMMUNITY FIRST BANK LOCATIONS IN MOUNT VERNON, IL

42.     Video surveillance shows that on November 11, 2024, at approximately 1:18AM, a red Jeep Compass ("**SV5**"), occupied by **HERNANDEZ-GIL** and **GOMEZ-CEGARRA**, passed through the ATM drive-thru at Community First Bank, located at 900 S. 42nd St. #6541, Mt Vernon, IL 62864. After arriving at the ATM, **HERNANDEZ-GIL** and **GOMEZ-CEGARRA** worked to open the ATM and closed it a short time later. The surveillance footage shows **HERNANDEZ-GIL** with short, dark, wavy hair, and wearing a black in color graphic T-shirt. The footage shows **GOMEZ-CEGARRA** with short hair with highlights and a tattoo on his throat.

43.     At approximately 2:33AM, **SV5** returned to Community First Bank's 42nd St. location. **HERNANDEZ-GIL** and **GOMEZ-CEGARRA** exited the vehicle and re-opened the ATM. **HERNANDEZ-GIL** and **GOMEZ-CEGARRA** then closed the ATM and pulled **SV5** to be aligned with the ATM.

44.     Surveillance footage shows **HERNANDEZ-GIL** holding a silver in color phone with two camera lenses and a black circular attachment attached to the back of the phone. **HERNANDEZ-GIL** pulls closer towards the ATM and places the phone up to the ATM several times. **HERNANDEZ-GIL** and **GOMEZ-CEGARRA** leave the ATM again after some time.

45.     At 2:44 AM, surveillance footage shows **SV5** pulling up to the ATM with **HERNANDEZ-GIL** driving and **GOMEZ-CEGARRA** as a passenger in the rear driver's side seat. **GOMEZ-CEGARRA** has a phone in his hand and appears to be in a group phone call with several people. **GOMEZ-CEGARRA** is seen typing on a black in color tablet with red corners.

46.     After typing on the tablet, **GOMEZ-CEGARRA** is seen holding up a phone with three camera lenses in a clear or silver case. **HERNANDEZ-GIL** can be seen making a phone call during this time. After some time, **GOMEZ-CEGARRA** is seen taking several separate cash withdrawals out of the ATM before leaving in the Jeep.

47.     At 3:10 AM, surveillance footage shows **SV5** pulling up in front of the ATM. **HERNANDEZ-GIL** and a co-conspirator ("**C4**") exit the vehicle and open the ATM again.

48. At 3:43 AM, surveillance footage shows **SV5** pulling up to the ATM at another Community First Bank location in Mount Vernon, Illinois— the Community First Bank ATM at 117 N. 10th Street. **HERNANDEZ-GIL** and can be seen **C4** exiting **SV5** and opening the ATM.

49. At 4:23 AM, **SV5** made another trip to the ATM at the Community First Bank N. 10th Street location. **HERNANDEZ-GIL** exited the car and opened the ATM. **HERNANDEZ-GIL** entered **SV5** while **SV5** was backed up to the ATM. **HERNANDEZ-GIL** is seen holding his phone up to the ATM before **SV5** pulls off.

50. At 4:30 AM, shows **SV5** pulling up to the ATM. **C4** is the driver of **SV5** and **GOMEZ-CEGARRA** is sitting in the rear driver's side seat. **GOMEZ-CEGARRA** begins to type on the ATM and on a cell phone. After some time **GOMEZ-CEGARRA** takes several withdrawals of cash out of the ATM.

51. At 5:23 AM, **SV5** is seen pulling up to the ATM. **HERNANDEZ-GIL** exits the car and opens the ATM. After some time, the ATM **HERNANDEZ-GIL** closes the ATM. **HERNANDEZ-GIL** enters **SV5** and **SV5** pulls out of the parking lot.

52. Representatives from Community First Bank also indicated to law enforcement that two days prior, on November 9, 2024, a separate Community Frist Bank location in Main Dix, Illinois, had also been targeted in an ATM Jackpotting

14

scheme. Law enforcement is still waiting on the surveillance footage from this incident to confirm or deny that the same individuals involved in the November 11, 2024 incidents were involved. Following the November 9th and November 11th incidents, Community First Bank submitted a loss claim for $105,600.

53.     On November 11, 2024, the Mahomet Illinois Police Department stopped **GOMEZ-CEGARRA** and **HERNANDEZ-GIL** in a vehicle together for suspicious activity. **GOMEZ-CEGARRA** and **HERNANDEZ-GIL** were driving a red Jeep Compass bearing Georgia temporary license plate S2092081, identified herein as **SV5**. At this time, both men presented Venezuelan identifications to law enforcement. **GOMEZ-CEGARRA** and **HERNANDEZ-GIL** were detained by Mahomet Police Department, arrested, and ultimately charged, by the Mount Vernon Police Department in relation to the incidents occurring at the Community First Bank locations in Mount Vernon, IL.

## CONCLUSION

54.     Based upon the above information, I respectfully submit that there is probable cause to believe that **GOMEZ-CEGARRA**, **HERNANDEZ-GIL**, and other individuals known and unknown, have conspired to commit bank theft and have committed bank theft in violation of 18 U.S.C. §§ 371 and 2113(b), within the Western District of New York, and elsewhere, as described above.

55. Therefore, based upon the information contained in this affidavit, I respectfully request that this Court to sign the accompanying complaint and requested arrest warrant.

56. I request that the Court issue a Criminal Complaint and Arrest Warrant, and that the Court seal this Complaint and Affidavit based on a continuing investigation and further Order of this Court.

_Keith C. Bender_
KEITH BENDER
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on this _12th_ day of March, 2025.

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge